UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-557 DLJ |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 20, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| QUYNH PHOUC BUI, | ) ) | |
| Defendant. | ) ) ) ) ) | Date:   January 23, 2009<br>Time:   9:00 a.m.<br>Court:  Hon. D. Lowell Jensen |

The parties jointly requested that the hearing in this matter be continued from January 23, 2009 to February 20, 2009, and that time be excluded under the Speedy Trial Act between January 22, 2009 and February 20, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Defense counsel is unavailable on January 23, 2009 due to a sentencing hearing set before another court at the same time. Additionally, defense counsel needs additional time to review the discovery that has been produced and to investigate this matter. The parties believe that a continuance until February 20, 2009 will allow defense counsel adequate time to review the necessary discovery. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 20, 2009 AND TO EXCLUDE TIME
No. CR-08-557 DLJ

1  justice served by granting the continuance outweigh the best interests of the public and defendant
2  in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),
3  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
4  January 23, 2009 to February 20, 2009 at 9:00 a.m., and that time between January 22, 2009 and
5  February 20, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation
6  of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

8  DATED: 1/22/09                                    _____
                                                     HON. D. LOWELL JENSEN
9                                                    United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 20, 2009 AND TO EXCLUDE TIME
No. CR-08-557 DLJ