1  LINDA FULLERTON, Bar No. 84333
   PAUL FEUERWERKER, Bar No. 203616
2  Attorneys at Law
   54 Railroad Avenue
3  Pt. Richmond, CA 94801
   (510) 232-4000
4

5  Attorneys for Defendant
   QUYNH PHOUC BUI
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12 UNITED STATES OF AMERICA,          No. CR-08-557 DLJ

13                     Plaintiff,     **STIPULATED REQUEST TO CONTINUE
                                      HEARING DATE TO OCTOBER 23, 2009,**
14       v.                           **AND TO EXCLUDE TIME UNDER THE**
                                      **SPEEDY TRIAL ACT** and ORDER
15 QUYNH PHOUC BUI,
                                      Date:  September 11, 2009
16                     Defendant.     Time:  9:00 a.m.
   _____/      Court: Hon. D. Lowell Jensen
17

18       The above-captioned matter is set on September 11, 2009, before this Court for a status

19 hearing. The parties request that this Court continue the hearing to October 23, 2009, at 9:00

20 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this

21 stipulation and October 23, 2009.

22       Defense counsel needs additional time to review the discovery that has been produced

23 and to investigate this matter, and has hired an investigator who is currently conducting

24 investigation and requests additional time to complete said work. The parties believe that a

25 continuance until October 23, 2009, will allow defense counsel adequate time to review the

26 necessary discovery. The parties agree the ends of justice served by granting the continuance

27 outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties

28 further stipulate and request that the Court exclude time between the date of this stipulation and

- 1 -

1   October 23, 2009, under the Speedy Trial Act for effective preparation of counsel and continuity
2   of defense counsel, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

4   DATED: September 3, 2009.

6   _/s/_____          _/s/_____
    JAMES C. MANN                                  LINDA FULLERTON
7   Assistant United States Attorney               Counsel for Quynh Phouc Bui
    Counsel for United States

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | NORTHERN DISTRICT OF CALIFORNIA | |
| 10 | OAKLAND DIVISION | |
| 11 | | |
| 12 | UNITED STATES OF AMERICA, | |
| 13 | Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 23, 2009, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| 14 | v. | |
| 15 | QUYNH PHOUC BUI, | |
| 16 | Defendant. | |
| 17 | _____/ | |

The parties jointly requested that the hearing in this matter be continued from September 11, 2009, to October 23, 2009, and that time be excluded under the Speedy Trial Act between September 11, 2009, and October 23, 2009, to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Defense counsel needs additional time to review the discovery that has been produced and to investigate this matter, and has hired an investigator who is currently conducting investigation and requests additional time to complete said work. The parties believe that a continuance until October 23, 2009, will allow defense counsel adequate time to review the necessary discovery. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant

1  in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv).

2  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

3  September 11, 2009, to October 23, 2009, at 9:00 a.m., and that time between September 11,

4  2009, and October 23, 2009, is excluded under the Speedy Trial Act to allow for the effective

5  preparation of counsel, taking into account the exercise of due diligence, and continuity of

6  defense counsel.

8  DATED: _September 3, 2009_____.                                    _____
                                                                     HON. D. LOWELL JENSEN
9                                                                    United States District Judge