JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:   (510) 637-3724
   E-Mail:      James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,  )<br>                          )<br>   v.  )<br>                          )<br>QUYNH PHOUC BUI,  )<br>       Defendant.  )<br>                          ) | No. CR-08-0557 DLJ<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 20, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; AND **ORDER**<br><br>Date:     October 23, 2009<br>Time:    9:00 a.m.<br>Court:   Hon. D. Lowell Jensen |

      The above-captioned matter is set on October 23, 2009 before this Court for a status hearing. The parties request that this Court continue the hearing to November 20, 2009 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and November 20, 2009.

      Defense counsel will be out of the state on October 23, 2009 due to an illness in the family. Additionally, defense counsel has been conducting extensive investigation related to this matter and needs additional time to complete that investigation. The parties believe that a continuance until November 20, 2009 will allow defense counsel adequate time to complete the remaining investigation. The parties agree the ends of justice served by granting the continuance

1  outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties
2  further stipulate and request that the Court exclude time between the date of this stipulation and
3  November 20, 2009 under the Speedy Trial Act for effective preparation of counsel, continuity
4  of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

6  DATED: October 13, 2009

9      /s/  
  JAMES C. MANN  
  Assistant United States Attorney  
10 Counsel for United States

    /s/  
LINDA FULLERTON  
Counsel for Quynh Phouc Bui

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 20, 2009 AND TO EXCLUDE TIME  
No. CR-08-0557 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>QUYNH PHOUC BUI,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR-08-0557 DLJ<br><br>**ORDER** GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 20, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    October 23, 2009<br>Time:    9:00 a.m.<br>Court:   Hon. D. Lowell Jensen |

The parties jointly requested that the hearing in this matter be continued from October 23, 2009 to November 20, 2009, and that time be excluded under the Speedy Trial Act between October 13, 2009 and November 20, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

Defense counsel will be out of the state on October 23, 2009 due to an illness in the family. Additionally, defense counsel has been conducting extensive investigation related to this matter and needs additional time to complete that investigation. The parties believe that a continuance until November 20, 2009 will allow defense counsel adequate time to complete the remaining investigation. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. For these stated

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 20, 2009 AND TO EXCLUDE TIME
No. CR-08-0557 DLJ

1  reasons, the Court finds that the ends of justice served by granting the continuance outweigh the
2  best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and
3  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),
4     **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
5  October 23, 2009 to November 20, 2009 at 9:00 a.m., and that time between October 13, 2009
6  and November 20, 2009 is excluded under the Speedy Trial Act to allow for the effective
7  preparation of counsel, taking into account the exercise of due diligence, and continuity of
8  defense counsel.

10 DATED: October 14, 2009                              _____
                                                        HON. D. LOWELL JENSEN
11                                                      United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 20, 2009 AND TO EXCLUDE TIME
No. CR-08-0557 DLJ