1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3680
7     Facsimile:  (510) 637-3724
      E-Mail:        James.C.Mann@usdoj.gov

8

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )      No. CR-08-0557 DLJ
                                       )
14         Plaintiff,                  )      STIPULATED REQUEST TO CONTINUE
                                       )      HEARING DATE TO FEBRUARY 12,
15     v.                              )      2010 AND TO EXCLUDE TIME UNDER
                                       )      THE SPEEDY TRIAL ACT ; **ORDER**
16  QUYNH PHOUC BUI,                   )
                                       )      Date:        January 29, 2010
17         Defendant.                  )      Time:        9:00 a.m.
                                       )      Court:       Hon. D. Lowell Jensen
18                                     )
    _____)
19

20         The above-captioned matter is set on January 29, 2010 before this Court for a status

21  hearing.  The parties request that this Court continue the hearing to February 12, 2010 at 9:00

22  a.m. and that the Court exclude time under the Speedy Trial Act between January 29, 2010 and

23  February 12, 2010.

24         Defense counsel has been conducting extensive investigation related to this matter and

25  needs additional time to complete that investigation.  The parties believe that a continuance until

26  February 12, 2010 will allow defense counsel adequate time to complete the remaining

27  investigation and will allow the parties adequate time to negotiate a disposition of the matter.

28  The parties agree the ends of justice served by granting the continuance outweigh the best

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 12, 2010 AND TO EXCLUDE TIME
No. CR-08-0557 DLJ

1    interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and

2    request that the Court exclude time between January 29, 2010 and February 12, 2010 under the

3    Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. §§

4    3161(h)(7)(A) and (B)(iv).

5

6    DATED: January 26, 2010

7

8

9    _____/s/_____          _____/s/_____
     JAMES C. MANN                     LINDA FULLERTON
     Assistant United States Attorney  Counsel for Quynh Phouc Bui
10   Counsel for United States

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 12, 2010 AND TO EXCLUDE TIME
No. CR-08-0557 DLJ

1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11   UNITED STATES OF AMERICA,          )      No. CR-08-0557 DLJ
                                        )
12        Plaintiff,                    )      ORDER GRANTING STIPULATED
                                        )      REQUEST TO CONTINUE HEARING
13     v.                               )      DATE TO FEBRUARY 12, 2010 AND TO
                                        )      EXCLUDE TIME UNDER THE SPEEDY
14   QUYNH PHOUC BUI,                   )      TRIAL ACT
                                        )
15        Defendant.                    )      Date:        January 29, 2010
                                        )      Time:        9:00 a.m.
16                                      )      Court:       Hon. D. Lowell Jensen
                                        )
17   _____)

18

19        The parties jointly requested that the hearing in this matter be continued from January 29,

20   2010 to February 12, 2010, and that time be excluded under the Speedy Trial Act between

21   January 29, 2010 and February 12, 2010 to allow for the effective preparation of counsel, taking

22   into account the exercise of due diligence.

23        Defense counsel has been conducting extensive investigation related to this matter and

24   needs additional time to complete that investigation.  The parties believe that a continuance until

25   February 12, 2010 will allow defense counsel adequate time to complete the remaining

26   investigation and will allow the parties adequate time to negotiate a disposition of the matter.

27   The parties agree the ends of justice served by granting the continuance outweigh the best

28   interests of the public and defendant in a speedy trial.  For these stated reasons, the Court finds

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 12, 2010 AND TO EXCLUDE TIME
No. CR-08-0557 DLJ

1    that the ends of justice served by granting the continuance outweigh the best interests of the

2    public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C.

3    §§ 3161(h)(7)(A) and (B)(iv),

4             **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from

5    January 29, 2010 to February 12, 2010 at 9:00 a.m., and that time between January 29, 2010 and

6    February 12, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation

7    of counsel, taking into account the exercise of due diligence.

8

9    DATED: January 27, 2010                                  _____

                                                HON. D. LOWELL JENSEN
10                                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO FEBRUARY 12, 2010 AND TO EXCLUDE TIME
No. CR-08-0557 DLJ